1

2

3

4

5

6

7

8                    UNITED STATES DISTRICT COURT

9                    EASTERN DISTRICT OF CALIFORNIA

10                          ----oo0oo----

11

12   MICHAEL D. DeSOTO, an            No. 2:24-cv-01140 WBS CSK
     individual,

13
                Plaintiff,

14                                    ORDER RE: MOTION TO DISMISS
           v.

15
     DOT FOODS, INC., an Illinois

16   corporation; SERGIO MORALES, an
     individual; and DOES 1 through

17   20, inclusive,

18              Defendant.

19

20                          ----oo0oo----

21          Plaintiff Michael D. DeSoto brings five state law

22   claims against defendants Dot Foods, Inc. and Sergio Morales,

23   plaintiff's manager, which all center on defendants' allegedly

24   discriminatory termination of his employment due to physical

25   disability.  (Compl. (Docket No. 1 Ex. A).)  Defendants move to

26   dismiss all claims with prejudice as asserted against Morales.

27   (Docket No. 4.)  Plaintiff has filed a notice of non-opposition.

28   (Docket No. 5.)

                                1

1          IT IS THEREFORE ORDERED that defendants' motion to

2    dismiss (Docket No. 4) be, and the same hereby is, GRANTED.  All

3    of plaintiff's claims as asserted against defendant Sergio

4    Morales are DISMISSED WITH PREJUDICE.[1]

5    Dated:  May 29, 2024

6                                    WILLIAM B. SHUBB
                                     UNITED STATES DISTRICT JUDGE
7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27    _____

28          [1]     The hearing on this motion, currently scheduled on June
      10, 2024, is hereby VACATED.

                                      2