1
2
3
4
5
6

**UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

**SACRAMENTO DIVISION**

| | |
|---|---|
| MICHAEL D. DESOTO, an individual,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>DOT FOODS, INC., an Illinois corporation; and DOES 1 through 20, inclusive,<br><br>　　　　　Defendants. | Case No. 2:24-cv-01140-WBS-CSK<br><br>**[PROPOSED] ORDER GRANTING JOINT STIPULATION TO EXTEND TIME FOR EXPERT DISCLOUSRES** |

This matter having come before the Court, without hearing, on the parties' Joint Stipulation to Extend Time for Expert Disclosures; the Court having reviewed the Stipulation; and for good cause shown:

**IT IS HEREBY ORDERED** that:

1. The Joint Motion is GRANTED;

2. The deadline to disclose experts and produce reports is extended up to and including June 30, 2025; and

3. The deadline disclose rebuttal experts and produce reports is extended up to and including July 30, 2025.

**IT IS SO ORDERED.**

Dated: _April 23, 2025_____

By: _____
The Honorable Chi Soo Kim
United States Magistrate Judge

4, deso1140.24