1
2
3
4
5
6
7
8
9
10

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

11
12
13
14
15
16
17
18

| | |
|---|---|
| MICHAEL D. DESOTO, an individual,<br><br>Plaintiff,<br><br>v.<br><br>DOT FOODS, INC., an Illinois corporation; and DOES 1 through 20, inclusive,<br><br>Defendants. | Case No. 2:24-cv-01140-WBS-CSK<br><br>**[PROPOSED] MODIFIED ORDER GRANTING JOINT STIPULATION TO EXTEND NON-EXPERT DISCOVERY DEADLINES** |

19
20
21
22
23
24
25
26
27
28

This matter having come before the Court, without hearing, on the parties' Joint Stipulation to Extend Time for Discovery Deadlines; the Court having reviewed the Stipulation; and for good cause shown:

**IT IS HEREBY ORDERED** that:

1. The Joint Motion is GRANTED in PART; and

2. The deadline to complete all non-expert discovery is extended up to and including September 22, 2025.

**IT IS SO ORDERED.**

Dated: 08/06/25

_____
CHI SOO KIM
UNITED STATES MAGISTRATE JUDGE

4, deso1140.24

HB: 4903-3474-0569.1