1
2
3
4
5
6
7

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

**SACRAMENTO DIVISION**

| MICHAEL D. DESOTO, an individual, | CASE NO. 2:24-cv-01140-WBS-CSK |
|---|---|
| Plaintiff, | |
| v. | **[PROPOSED] MODIFIED ORDER GRANTING JOINT STIPULATION FOR EXTENSION OF TIME TO FILE DISCOVERY MOTIONS AND DISCLOSE CERTAIN NON-RETAINED EXPERT WITNESSES** |
| DOT FOODS, INC., | |
| Defendant. | |

This matter having come before the Court, without hearing, on the parties' Joint Stipulation for Extension of Time to File Discovery Motions and Disclose Certain Non-Retained Expert Witnesses; the Court having reviewed the Stipulation; and for good cause shown:

**IT IS HEREBY ORDERED** that:

1. The Joint Stipulation is GRANTED;

2. All motions to compel discovery must be noticed on the magistrate judge's calendar in accordance with the local rules of this court and so that such motions may be heard (and any resulting orders obeyed) not later than September 22, 2025;

3. Defendant's Motion to Compel Plaintiff's Discovery Responses (ECF No. 19) is specifically allowed; and

4. The deadline to disclose Dr. Husain and Dr. Lowry as non-retained expert witnesses pursuant to Federal Rule of Civil Procedure 26(a)(2)(C) is extended up to and including September 22, 2025.

**IT IS SO ORDERED.**

Dated: August 29, 2025

By: /s/ Chi Soo Kim
The Honorable Chi Soo Kim
United States Magistrate Judge

4, deso1140.25